UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. 1:19-mj-02943-JG

UNITED STATES OF AMERICA

v.

MICHAEL SHAWKY-MIKHAIL,

Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)?
   ____ Yes   __x__ No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?
   ____ Yes   __x__ No

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

BY: _____
MICHAEL B. HOMER
Assistant United States Attorney
Court ID No. A5502497
99 Northeast 4th Street
Miami, Florida 33132-2111
Tel: (305) 961-9289
Michael.Homer@usdoj.gov

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. 1:19-mj-02943-JG |
| MICHAEL SHAWKY-MIKHAIL, | ) |
|  | ) |
|  | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __June 3, 2019__ in the county of __Miami-Dade__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 2113(a) | Bank robbery |

This criminal complaint is based on these facts:
See Attached Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

FBI Special Agent Samuel Band
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 06/07/2019

_____
*Judge's signature*

City and state: Miami, Florida

Hon. Jonathan Goodman, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

Your Affiant, Samuel Band, being duly sworn, deposes and states as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI"), currently assigned to the Violent Crimes and Fugitive Task Force of the FBI's Miami Division. My duties involve the investigation of a variety of violations of federal offenses, including bank robberies, Hobbs Act robberies, extortion, and other violations of federal law. I have been an FBI Special Agent since February 2019 and have been assigned to the Miami Division since that time. Prior to becoming an FBI Special Agent, I was a law enforcement officer in Virginia with the Fairfax County Police Department from 2013 to 2018.

2. This Affidavit is submitted in support of a criminal complaint charging MICHAEL SHAWKY-MIKHAIL ("SHAWKY-MIKHAIL") with one count of bank robbery, in violation of Title 18, United States Code, Section 2113(a). I respectfully submit that there is probable cause to believe that on or about June 3, 2019, SHAWKY-MIKHAIL did knowingly take, by intimidation, from the person and presence of employees of Wells Fargo, located at 4299 NW 36th Street, Miami Springs, Florida, approximately $1,000 in U.S. currency, belonging to, and in the care, custody, control, management, and possession of Wells Fargo, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation ("FDIC").

3. The statements contained in this Affidavit are based on my personal knowledge, as well as information relayed to me by other law enforcement officials, bank security personnel, and civilian witnesses involved in this investigation. I have not included in this Affidavit each and every fact known to me. Rather, I have included only the facts that are sufficient to establish

probable cause for the issuance of a criminal complaint against SHAWKY-MIKHAIL for the above-described criminal violation.

## PROBABLE CAUSE

4. On or about June 3, 2019, at approximately 9:00 a.m., a male, later identified as SHAWKY-MIKHAIL, entered a Wells Fargo bank located at 4299 NW 36th Street, Miami Springs, Florida, a bank whose deposits were then insured by the FDIC.

5. SHAWKY-MIKHAIL approached the victim bank teller and handed the teller a typed note on unlined white paper stating, "Stay calm. Don't panic or you will never live for another day. There is a bomb planted in the bathroom and 3 in the parking lot plus 1 attached to waist. Hand me $1000. And wait till noon before advising anyone. Again don't be a fool otherwise many lives will die on your hand. Thank you."

6. Upon reading SHAWKY-MIKHAIL's note, the victim bank teller handed SHAWKY-MIKHAIL approximately $1,000 in U.S. currency, and SHAWKY-MIKHAIL departed the bank. The victim bank teller then alerted a co-worker, who activated the bank robbery alarm.

7. Law enforcement responded to the Wells Fargo bank and reviewed the bank's video surveillance. This video footage captures SHAWKY-MIKHAIL's face, which was unobstructed, as well as his attire. SHAWKY-MIKHAIL is visible wearing a dark colored shirt and patterned baseball cap with the "Hurley" logo on the front. He is also visible holding a white paper cup.

8. Law enforcement recovered this white paper cup, which SHAWKY-MIKHAIL discarded shortly after leaving the bank. The cup had the words, "Holiday Inn Express," printed on the side of it.

9. Law enforcement thereafter responded to the Holiday Inn Express located at 2601 NW 42nd Avenue, Miami, Florida and observed video surveillance from the hotel. The video footage showed SHAWKY-MIKHAIL, wearing the same attire he wore at the Wells Fargo, entering the Holiday Inn Express earlier that same day, and sitting down at a publicly accessible computer located in the hotel lobby.

10. Hotel management provided law enforcement consent to search the computer for internet search history. This search revealed that SHAWKY-MIKHAIL used the computer to search the internet for "nearby banks," "explosives," and "flights from Miami to JFK."

11. Approximately two days later, on or about June 5, 2019, a male later identified as SHAWKY-MIKHAIL entered a Wells Fargo bank located at 464 Central Avenue, Cedarhurst, New York, a bank whose deposits were then insured by the FDIC.

12. SHAWKY-MIKHAIL approached the victim bank teller and handed the teller a handwritten note on unlined white paper stating, "Stay calm or many people will die in here including you no paradise or heaven. Hand me $5000. Alert them by tomorrow. Thanks."

13. The victim bank teller handed SHAWKY-MIKHAIL approximately $5,850.00 in U.S. currency, and SHAWKY-MIKHAIL departed the bank.

14. Law enforcement responded to the Wells Fargo bank and reviewed the bank's video surveillance. This video footage captures SHAWKY-MIKHAIL's face, which was unobstructed, as well as his attire. SHAWKY-MIKHAIL is visible wearing a dark colored shirt and patterned baseball cap with the "Hurley" logo on the front, consistent with the attire worn by SHAWKY-MIKHAIL when he robbed the Wells Fargo in Miami Springs.

15. Law enforcement compared the surveillance footage from the robberies of the two Wells Fargo robberies in Miami Springs, Florida, and Cedarhurst, New York, and concluded that the suspects from both robberies appeared to be the same person.

16. Approximately an hour and a half after the Wells Fargo robbery in Cedarhurst, New York, SHAWKY-MIKHAIL was located by law enforcement in front of 331 Rockaway Turnpike, North Lawrence, New York. Law enforcement conducted a show-up procedure with a witness from the Cedarhust Wells Fargo, who positively identified SHAWKY-MIKHAIL as the bank robber.

17. Prior to being taken into custody, SHAWKY-MIKHAIL stated to law enforcement, "I have a lot of money in my pocket that I just took from Wells Fargo."

18. A search incident to arrest revealed approximately $5,786 in U.S. currency, and a plane ticket from Miami International Airport (MIA) to John F. Kennedy (JFK) International Airport, dated June 3, 2019.

19. Post-*Miranda*, SHAWKY-MIKHAIL admitted to robbing the Wells Fargo bank in Miami Springs, Florida, on or about June 3, 2019, and the Wells Fargo bank in Cedarhurst, New York, on or about June 5, 2019. SHAWKY- SHAWKY-MIKHAIL's confession was audio- and video-recorded by law enforcement.

[THIS SPACE INTENTIONALLY LEFT BLANK]

## CONCLUSION

20. Based on my training and experience, and as further supported by the facts in this affidavit, I respectfully submit that probable cause exists that on or about June 3, 2019, SHAWKY-MIKHAIL did knowingly take, by intimidation, from the person and presence of employees of Wells Fargo, located at 4299 NW 36th Street, Miami Springs, Florida, approximately $1,000 in U.S. currency, belonging to, and in the care, custody, control, management, and possession of Wells Fargo, a bank whose deposits were then insured by the FDIC, in violation of Title 18, United States Code, Sections 2113(a).

**FURTHER YOUR AFFIANT SAYETH NAUGHT.**

_____
SPECIAL AGENT SAMUEL BAND
FEDERAL BUREAU OF INVESTIGATION

Subscribed and sworn before me
this 7th day of June, 2019.

_____
HONORABLE JONATHAN GOODMAN
UNITED STATES MAGISTRATE JUDGE