UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  19-CR-20383-MARTINEZ/OTAZO-REYES

UNITED STATES OF AMERICA,
        Plaintiff,
v.
MICHAEL SHAWKY-MIKHAIL,
        Defendant.
_____/

## ORDER ON DEFENSE COUNSEL'S MOTION FOR ACCESS TO DEFENDANT MEDICAL RECORDS

This cause is before the Court upon Motion for Privacy Act order regarding records sought from the Federal Detention Center (FDC) in Miami, Florida pertaining to MICHAEL SHAWKY-MIKHAIL, REG. NO. 20138-104. The records are necessary for counsel to evaluate, prepare, and submit any further requests of Court. Entry of said order is necessary to permit the FDC to release the defendant's Bureau Electronic Medical Records (BEMR records), which are protected under the provisions of the Privacy Act of 1974, 5 U.S.C. § 552a(b).

Pursuant to section 552a(b), government agencies can release information about individuals only under certain circumstances, and release is permitted when a court of competent jurisdiction so orders. 5 U.S.C. § 552a(b)(11). Requests for court orders under section 552a(b)(11) should be evaluated by balancing the need for the disclosure against the potential harm to the subject of the disclosure. *Perry v. State Farm Fire & Casualty Co.*, 734 F.2d 1441, 1447 (11th Cir. 1984).

The Court, having considered the motion, being fully advised in the premises, and having balanced the need for disclosure against the potential harm from such hereby orders the FDC to produce Mr. Shawky-Mikhail's BEMR records from February 18, 2021 to the present date to his counsel Khurrum Wahid.

This Order is entered pursuant to 5 U.S.C. § 552a(b)(11), relates only to the aforementioned inmate's BEMR records, is applicable solely to privacy issues, and does not prejudice the rights of the parties to raise objections independent of such.

Entered this __22nd__ Day of February, 2021

                                              Honorable Alicia M. Otazo-Reyes
                                              United States District Court
                                              Southern District of Florida